**Order entered June 17, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00396-CR

### EX PARTE JOHN MORGAN STAFFORD

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-00466-2022**

## ORDER

Before the Court is appellant's June 14, 2022 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant to file his brief on or before **July 18, 2022**. The State's brief shall be due on or before **August 8, 2022**.

/s/     LANA MYERS
        JUSTICE